UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SOUTHERN FRUIT & VEGETABLE, INC,

                              Plaintiff,

        -against-

VEN-CO PRODUCE, INC, ROBERT VENUTI,
ANGELA VENUTI, GOTHAM BANK OF
NEW YORK, HUNTS POINT TERMINAL
PRODUCE CORPORATION
ASSOCIATION, INC, et al.,

                              Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT  10 cv 9518
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/10

**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**

Upon the Application[1] of Southern Fruit & Vegetable, Inc (the "Plaintiff"), Affidavit of Keith Sherrill, in support, memorandum of law and all related papers submitted herewith, it is hereby

**ORDERED** that the above captioned defendants show cause before a motion term of this Court, at Room 21B, United States District Court for the Southern District of New York, 500 Pearl Street, New York, N.Y. 10007-1312, on Jan. 4, 2011 at 11 o'clock a m, or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining all of the defendants, their customers, agents, officers, subsidiaries, assigns, and banking institutions, during the pendency of this action, from transferring, alienating, dissipating, paying over or assigning any assets of Ven-Co or its subsidiaries or related companies, including the Co-ops, except to the Plaintiff, until further ordered by this Court, or until the defendants pay the Plaintiff the amount of $60,896.00 by cashiers check or certified check, at which time this Order shall be dissolved; and it is further

---

[1] Capitalized terms which are not defined herein defined shall have the meanings ascribed to them in the Application in support of this Order to show cause.

1

**ORDERED** that the Plaintiff serve a copy of this Order, all supporting papers, and the related summons and complaint, by ~~Federal Express or other nationally recognized overnight delivery~~ **personal** service upon the defendants ~~or~~ **and** their counsel on or before December **30**, 2010, and such service shall be deemed good and sufficient service thereof; and it is further

**ORDERED** that the defendants' opposition papers to the Plaintiff's request for a preliminary injunction, if any, shall be served so as to be received by the Plaintiff's counsel on or before ~~December~~ **Jan.** **3**, 201**1**. **Parties are directed to engage in good faith settlement negotiations prior to the 1/4/11 conference.**

DATED:   New York, New York

ISSUED:   **12/29/10**

*RMB*

UNITED STATES DISTRICT JUDGE

2