UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SOUTHERN FRUIT & VEGETABLE, INC.,        :
                                          :
                    Plaintiff,            :
                                          :      10 Civ. 9518 (RMB)
         - against -                      :
                                          :      **ORDER OF DISCONTINUANCE**
VEN-CO PRODUCE, INC., et al.,             :
                                          :
                    Defendants.           :
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/11

Based upon the Plaintiff's letter to the Court, dated March 2, 2011, stating "the Plaintiffs and the [D]efendants have reached a settlement in princip[le]," it is hereby

**ORDERED**, that the April 19, 2011 settlement conference is vacated; and

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

Dated: New York, New York
       March 2, 2011

                                          _____
                                          RICHARD M. BERMAN, U.S.D.J.